People v Padilla (2023 NY Slip Op 02593)

People v Padilla

2023 NY Slip Op 02593

Decided on May 11, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 11, 2023

Before: Oing, J.P., Singh, González, Kennedy, Scarpulla, JJ. 

Ind No. 1751/18 Appeal No. 226 Case No. 2020-04073 

[*1]The People of the State of New York, Respondent,
v
Mark Padilla, Defendant-Appellant.

Robert S. Dean, Center for Appellate Litigation, New York (Shaina R. Watrous of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Cynthia A. Carlson of counsel), for respondent.

Order, Supreme Court, Bronx County (Ralph Fabrizio, J.), entered on or about April 20, 2020, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-c), unanimously affirmed, without costs.
The court providently exercised its discretion when it declined to grant a downward departure (see People v Gillotti, 23 NY3d 841 [2014]). The mitigating factors cited by defendant, including his unexceptional response to a treatment program that he did not complete, were adequately taken into account by the risk assessment instrument, or were not shown to reduce defendant's individual risk of reoffense (see People v Ortega, 209 AD3d 540, 540 [1st Dept 2022], lv denied 39 NY3d 908 [2023]). In any event, these mitigating factors were outweighed by aggravating factors, including defendant's criminal history and the seriousness of the underlying crime, in which he sexually exploited a child over a period of years.THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 11, 2023